IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.   19-20081-SHL |
| ) | |
| PATRICK HAYDEN, ) | |
| ) | |
| Defendant. ) | |

## POSITION OF THE UNITED STATES FOR SENTENCING

COMES NOW the United States by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and Stephen P. Hall, Assistant United States Attorney and for its position in the above-captioned case states that it has no objection to the presentence report, and that the facts and calculations set forth by the probation officer appear to be correct.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

s/ Stephen Hall
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
901-544-4231
(#016720 Tennessee)

CERTIFICATE OF SERVICE

    I, Stephen Hall, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was forwarded by electronic means via the court's electronic filing system to the following counsel for the defendant:

ARTHUR QUINN

                                                         s/ Stephen Hall
                                                         Assistant United States Attorney